435 A.2d 258

DeSantis v. DeSantis, Appellant.

Argued November 13, 1980. Henry Miller, III, for appellant; Anthony J. Martin, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Order affirmed.

435 A.2d 258

Dorko, et vir. v. Peterson, et al.

Appeal of Jay B. Peterson, Jr., M.D.

Argued November 13, 1980. Mark W. Morava, for appellant; David M. Moran, for appellees.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Appeal quashed.